UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (Eastern Division)

| | |
|---|---|
| DIRECTV, Inc. | ) Case No.: 03CV12286 JLT |
|  | ) |
| Plaintiff, | ) |
|  | ) NOTICE OF VOLUNTARY DISMISSAL |
| vs. | ) WITHOUT PREJUDICE |
|  | ) |
| Tony Finch | ) |
|  | ) |
| Defendant | ) |

Pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(i), the Plaintiff discontinues the above-entitled action and dismisses the complaint without prejudice and without cost to either party.

Respectfully Submitted for the Plaintiff,
DIRECTV, Inc.
By Its Attorney,

2/17/04
Date

John M. McLaughlin
MCLAUGHLIN SACKS
31 Trumbull Road
Northampton, MA 01060
Telephone: (413) 586-0865
BBO No. 556328

Page 1

## CERTIFICATE OF SERVICE

      I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on this ___3___ day of _____Feb_____, 2004, a copy of the foregoing Notice of Dismissal was mailed first class to:

Tony Finch
488 South Ave.
Whitman, MA 3/22/2001

                                                       _____
                                                       John M. McLaughlin, Esq.